**Order filed September 11, 2012**



In The

# Fourteenth Court of Appeals

### NO. 14-11-00912-CR
### NO. 14-11-00913-CR

**BRANDON CAINES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 183rd District Court
Harris County, Texas
Trial Court Cause No. 1274700, 1274701**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's exhibit #75.**

The clerk of the 183rd District Court is directed to deliver to the Clerk of this court the original of State's exhibit #75, on or before **September 21, 2012.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's exhibit #75, to the clerk of the 183rd District Court.

PER CURIAM